**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for Meritage Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3,<br>            PLAINTIFF | CASE NUMBER:1:12-cv-2639 |
| VS. | DISTRICT JUDGE: Sharon Johnson Coleman |
| Foster Williams III, Tangie D. Williams, Midland Funding LLC, Mortgage Electronic Registration System, Inc. as nominee for Meritage Mortgage Corporation, JPMorgan Chase Bank, NA successor in interest to Providian National Bank,<br>            DEFENDANTS | MAGISTRATE JUDGE: Young B. Kim |

## AFFIDAVIT FOR SERVICE BY PUBLICATION

The undersigned certified the following:

1. This Affidavit is made pursuant to the provisions of 735 ILCS 5/2-206, 5/2-413, and 5/15-1502(c), for the purpose of obtaining jurisdiction of the above court over defendant(s), Foster Williams III, Tangie D. Williams, of the real estate described in the complaint filed herein.

2. Said Defendant(s) on due inquiry cannot be found, so that process cannot be served upon them.

3. The place of residence of said defendant is not known to the plaintiff, and upon diligent inquiry said defendant's place of residence cannot be ascertained.

4. The names and last known address of said named defendants are:

    a. Foster Williams III, 14522 South Cottage Grove, Dolton, IL 60419

    b. Tangie D. Williams, 14522 South Cottage Grove, Dolton, IL 60419

5. The Clerk of this Court is requested to publish a Notice of Foreclosure (For Publication) in accordance with 735 ILCS 5/2/207 and 15/1502(c) and to mail copies of such Notice in accordance with 735 ILCS 5/2-206.

CERTIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Respectfully submitted,

By: /s/ James N. Pappas

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St, Suite 2200
Chicago, Illinois 60606
(219) 769-1313